# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eleonore Sens, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Hennepin County Sheriff David Hutchinson, et al.,<br><br>Defendants. | Case No. 22-cv-03009 (DWF/DTS)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 28, 2023, I caused the following item:

> Exhibit C to Second Declaration of Sarah McLaren in Support of Hennepin County Sheriff David Hutchinson's Motion to Dismiss

To be conventionally filed with the Clerk of Court via hand delivery and I further certify that I caused a copy of the foregoing item to be served, pursuant to Fed. R. Civ. P. 5(b)(2)(E), on counsel of record via email with the written consent of counsel at the following email addresses:

kevin@riachdefense.com

MARY F. MORIARTY
Hennepin County Attorney

Dated: March 28, 2023       By: /s/ *Sarah McLaren*
SARAH McLAREN (#0345878)
JAMIL MASROUJEH (#0400895)
Assistant County Attorneys
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5532
Sarah.McLaren@hennepin.us
Jamil.Masroujeh@hennepin.us
*Attorneys for Defendant Hennepin County Sheriff David Hutchinson*